Paul Mankin, IV (264038)
Law Offices of Paul Mankin, IV
8730 Wilshire Blvd, #310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
pmankin@paulmankin.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TORY GROSS,** | Case No. 2:13-cv-02583 MWF-PJW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **GC SERVICES, LP, and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 9th day of September, 2013.

By: s/Paul Mankin, IV
PAUL MANKIN, IV
Law Offices of Paul Mankin, IV
Attorney for Plaintiff

Filed electronically on this 9th day of September, 2013, with:

Notice of Settlement - 1

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Michael W. Fitzgerald
United States District Court
Central District of California

Renee C. Ohlendorf, Esq.
HINSHAW & CULBERTSON LLP
Attorney for Defendant
This 9th day of September, 2013.

s/Paul Mankin, IV
Paul Mankin, IV