Paul Mankin, IV, Esq. (264038)
Law Offices of Paul Mankin, IV
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (866) 633-0228
pmanmkin@paulmankin.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TORY GROSS,** <br><br> Plaintiff, <br><br> vs. <br><br> **GC SERVICES, LP, and DOES 1 TO 20, INCLUSIVE,** <br><br> Defendant. | Case No. 2:13-cv-02583 MWF(PJWx) <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

The parties, through undersigned counsel, stipulate to the dismissal of this matter, with prejudice, and all parties to bear her or its own costs and attorneys' fees, pursuant to F.R.C.P. 41(a)(1)(A)(ii). A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 10th day of October, 2013.

By: s/Paul Mankin, IV
    Law Offices of Paul Mankin, IV
    Attorney for Plaintiff

By: s/Renee C. Ohlendorf, Esq.
    HINSHAW & CULBERTSON LLP
    Attorney for Defendant GC Services, LP

Filed electronically on this 10th day of October, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Renee C. Ohlendorf, Esq.
HINSHAW & CULBERTSON LLP
Attorney for Defendant GC Services, LP

This 10th day of October, 2013.

s/Paul Mankin
Paul Mankin, IV