# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TORY GROSS,**<br><br>Plaintiff,<br><br>vs.<br><br>**GC SERVICES, LP, and DOES 1 to 20, INCLUSIVE,**<br><br>Defendant. | Case No. **2:13-cv-02583-MWF(PJWx)**<br><br>ORDER ON STIPULATION TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees.

Dated this 11th day of October, 2013.

_____
The Honorable Michael W. Fitzgerald

[PROPOSED] Order to Dismiss - 1